UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. 11-CR-127-DBH |
| | ) | |
| ANTHONY ALMEIDA, | ) | |
| Defendant | ) | |

**DEFENDANT'S NOTICE OF APPEAL**

Notice is hereby given that ANTHONY ALMEIDA, who is the Defendant in this proceeding, hereby appeals to the United States Court of Appeals in the First Circuit, sitting at Boston, Massachusetts.

DATED: October 17, 2012

s/ Henry W. Griffin
HENRY W. GRIFFIN
Attorney for Defendant
Bar # 7491
37 Park Street, Suite 204
Lewiston, ME 04240
(207) 795-9029