UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>v.                                                      )<br>)<br>ANTHONY ALMEIDA,                      )<br>)<br>                     DEFENDANT )<br>) | CRIM. NOS. 2:17-CR-52-DBH-01<br>   AND 2:11-CR-127-DBH-01 |

**PROCEDURAL ORDER**

The defendant has filed a motion to conduct his sentencing by videoconference under the CARES Act. Apparently the government does not oppose the motion.

The presentence conference revealed several disputes between the parties. I will not rule on the motion for sentencing by videoconference until the parties tell me what issues remain in dispute, the nature of the dispute, and the differences in their sentencing recommendations. That information will affect my assessment of the "interests of justice" in determining whether to sentence the defendant without his physical presence or to delay until it is safe to conduct a traditional sentencing in open court.

SO ORDERED.

DATED THIS 7TH DAY OF JULY, 2020

                                                    /S/ D. BROCK HORNBY<br>
                                                    **D. BROCK HORNBY**<br>
                                                    **UNITED STATES DISTRICT JUDGE**